**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
E-Mail: Jeffrey.Ranen@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
HORNBECK OFFSHORE OPERATORS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY MITCHELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HORNBECK OFFSHORE OPERATORS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. '17CV0486 WQHMDD<br><br>(San Diego County Superior Court Case No. 37-2016-00043213-CU-OE-CTL)<br><br>**DEFENDANT HORNBECK OFFSHORE OPERATORS, LLC'S NOTICE OF NO RELATED CASES**<br><br>[Filed concurrently with Defendant's Notice of Removal; Declarations of Stephen Johnson and Jeffrey S. Ranen, Esq.; Civil Case Cover Sheet; Notice of Interested Parties; and Notice of Party with Financial Interest]<br><br>Action Filed: December 8, 2016<br>Summons Served: February 7, 2017<br>Trial Date: None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Southern District Local Rule CivLR 40.1(f), Defendant HORNBECK OFFSHORE OPERATORS, LLC is unaware of any actions previously filed or currently pending in the Southern District

of California that call for determination of the same or substantially similar identical questions of law and fact and/or for other reasons are likely to entail substantial duplication of labor if heard by different judges.

DATED: March 9, 2017

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: [signature]

Jeffrey S. Ranen
Attorneys for Defendant HORNBECK OFFSHORE OPERATORS, LLC