| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| PERRY MITCHELL, on behalf of himself and all others similarly situated, | CASE NO. 3:17-CV-00486-WQH-MDD |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| vs. | |
| HORNBECK OFFSHORE OPERATORS, LLC, a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court having reviewed the Joint Motion of Dismissal, and for **GOOD CAUSE APPEARING, HEREBY ORDERS THAT** the entire action is dismissed pursuant to Fed. R. Civ. P. 41(1)(a)(A)(ii)**.** It is ordered that Plaintiff's individual claims against Hornbeck Offshore Operators, LLC are dismissed with prejudice, and the claims for the putative class are dismissed without prejudice. Each party will bear its own attorneys' fees and costs.

Dated: August 14, 2017

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court